**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: 48TH JUDICIAL DISTRICT : No. 37 WM 2020
(MCKEAN COUNTY) :
 :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of January, 2022, the Application Pursuant to Pa.R.J.A. 1952 is **GRANTED**.

    The President Judge of the Court of Common Pleas of McKean County is authorized to suspend state or local rules that restrict the use of advanced communication technology (ACT) in court proceedings through March 1, 2022, subject to state and federal constitutional limitations.

    Judges shall be present in the courthouse, judicial center, or other court facility whenever a proceeding is being conducted by ACT, except for extraordinary circumstances, such as when court properties have been closed due to inclement weather or other emergency under Pa.R.J.A. 1950-1954, or when a proceeding is not being conducted during normal business hours.

A True Copy Nicole Traini
As Of 01/14/2022

Attest: _Nicole Traini_
Chief Clerk
Supreme Court of Pennsylvania